## People of State of Illinois, Defendant in Error, v. Charles A. Helffrich, Plaintiff in Error.

### Gen. No. 10,317.

opinion filed October 25, 1948; released for publication November 12, 1948. John H. Armstrong, Ernest H. Pool and 'Robert Carr, for plaintiff in error; Kevin D. Kelly, for defendant in error. PER CURIAM. **Not to be published in full.**